IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------------------------

MYRA WHITE                              : CIVIL ACTION NO. 02 CV 3706
                                        :
    vs                                  :
                                        :
TGI FRIDAY'S, INC., Incorrectly         :
Designated as CARLSON RESTAURANT        :
WORLDWIDE, t/a TGI FRIDAY               :

## STIPULATION TO REMAND TO ARBITRATION

    It is hereby stipulated and agreed between counsel for the parties hereto

that the above matter be remanded to arbitration.


_____
**EDWIN P. SMITH, ESQUIRE**
**Attorney for Plaintiff**


_____
**GERARD X. SMITH, ESQUIRE**
**Attorney for Defendant**