IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRA WHITE | : | CIVIL ACTION |
| v. | : | |
| TGI FRIDAY'S INC., ET AL. | : | NO. 02-3706 |

**O R D E R**

AND NOW, this 21st day of April, 2003 , in accordance with the stipulation filed, it is Ordered that the above captioned case is transferred to our arbitration program.

ATTEST:                              or      BY THE COURT

BY:_____           _____
     Deputy Clerk                    CLIFFORD SCOTT GREEN, Sr. J.

Civ 12 (9/83)