IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYRA WHITE | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-3706 |
| CARLSON RESTAURANT WORLDWIDE T/A TGI FRIDAY | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on August 6, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

          Michael E. Kunz
          Clerk of Court


          By:_____
          Crystal Wardlaw
          Deputy Clerk
          Phone:267-299-7073

Date:<u>June 9, 2003</u>

Copies:    Michael Owens, Courtroom Deputy to Judge Clifford Scott Green
               Docket Clerk - Case File

        Counsel:        Edwin P. Smith, Esq.
                        Gerard X. Smith, Esq.

ARB2.FRM