IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYRA WHITE : | CIVIL ACTION |
| v. : | |
| : | No. 02-3706 |
| CARLSON RESTAURANT WOLRDWIDE : | |
| T/A TGI FRIDAY : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on September 11, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                   Michael E. Kunz
                                                   Clerk of Court

*Continued from August 6, 2003 per Judge

                                                By:_____
                                               Crystal Wardlaw
                                               Deputy Clerk
                                               Phone:267-299-7073

Date:<u>July 31, 2003</u>

Copies:    Michael Owens, Courtroom Deputy to Judge Clifford Scott Green
                 Docket Clerk - Case File

        Counsel:        Edwin P. Smith, Esq.
                            Gerard X. Smith, Esq.

ARB2.FRM